# ARMY TRIAL CALENDAR FOR SEPTEMBER 26, 2006
## UNITED STATES MAGISTRATE BARRY M. KURREN

| T- | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition |
|---|---|---|---|---|---|---|---|
| 4) | CHOP, PATRICIA A. | CR 04-00454 | | A1122807 H10 10/03/2004 | DUI PROOF OF COMPLIANCE | $0.00 | Fine SA Total |

CONT AS TRIAL MATTER FROM 11/23/04 A & P;
14 HRS AAEA, 90 DAYS LIC SUSP, CREDIT FOR PREVIOUS LIC SUSP, FINE: $150.00, SA: $5.00, 60 DAYS TO PAY FINE - PAID $170.00 (CVB REPORT 5/19/05); CONT FROM 7/12/05 A & P; CONT FROM 8/23/05 POC (DEFT PRESENT); CONT FROM 9/27/05 POC; DFT PRESENT - DFT HAS HAD PROBLEMS W/ SCHEDULING DUI CLASSES - REQ. FOR CONT OF POC GRANTED; CONT FROM 12/12/05 POC; CONT FROM 3/14/06 POC - FOR COMPLETION OF ALCOHOL ASSESMENT

PAID CVB REPORT 5/19/05 $170.00 CM
Complied

Atty: PAMELA BYRNE, AFPD

APPROVED AND SO ORDERED
_____
Magistrate Judge BARRY M. KURREN

Dated: 09/26/2006

APPROVED
_____
SAUSA CAPT. GABRIEL COLWELL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 26 2006
at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

Page 2